STATE OF CONNECTICUT *v.* JAMES D. LEROY

The plaintiff's petition for certification for appeal from the Appellate Court, 33 Conn. App. 232 (AC 11187), is granted, limited to the following issues:

"1. Did the Appellate Court properly conclude that the trial court's instruction on proximate cause constituted a violation of the defendant's constitutional rights?

"2. If the answer to question (1) is yes, has the state established harmlessness beyond a reasonable doubt?"

The Supreme Court docket number is SC 14879.

*Jack W. Fischer,* assistant state's attorney, in support of the petition.

*Temmy Ann Pieszak,* assistant public defender, in opposition.

Decided February 3, 1994

MIDDLESEX HOSPITAL *v.* TOWN OF HAMDEN ET AL.

The petition of the defendant department of income maintenance for certification for appeal from the Appellate Court, 33 Conn. App. 247 (AC 11915), is denied.

*Patrick B. Kwanashie,* assistant attorney general, in support of the petition.

*Thomas J. Riley,* in opposition.

Decided February 3, 1994